**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TSEGEREDA FRE v. MEHRETEAB ARAYA,

    Plaintiffs,

  v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

No. C-09-4543-EDL

**ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiffs have filed a Separate Status Report and Case Management Statement requesting that the Case Management Conference currently set for January 5, 2010 be continued until April 6, 2010 at 10:00 a.m. because Defendant has only recently been served. Good cause appearing, the Case Management Conference is hereby continued from January 5, 2010 to April 6, 2010.

**IT IS SO ORDERED.**

Dated: December 31, 2010

                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge