JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7181
   Facsimile:   (415) 436-6748
   Email: victoria.carradero@usdoj.gov

Attorneys for Federal Defendant

IRA LESHIN (CSBN 139768)
Law Office of Ira Leshin

   580 California Street, 16th Floor
   San Francisco, CA 94104
   Telephone:  (415) 398-3950
   Facsimile:  (415) 884-2252
   Email: iraleshin@aol.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TSEGEREDA FRE AND MEHREEAB ARAYA, )<br><br>      Plaintiffs, )<br><br>      v. )<br><br>UNITED STATES OF AMERICA, )<br><br>      Defendant. ) | No. C 09-4543-EDL<br><br>**AMENDED STIPULATION AND** ~~**[PROPOSED]**~~ **ORDER REGARDING CASE SCHEDULING**<br><br>Dept: Courtroom E, 15th Floor<br>Judge: Honorable Elizabeth D. Laporte |

1         Plaintiffs Tsegereda Fre and Mehreeab Araya, and Defendant United States of America,

2   hereby stipulate as follows:

3         WHEREAS a Case Management Conference was held in this matter on April 13, 2010.

4         WHEREAS the Court set various dates, including a June 2011 trial date, and ordered the

5   parties to submit a stipulation proposing fact and expert discovery dates.

6         WHEREAS subsequent to the parties' submission of a stipulation on fact and expert

7   discovery, the Court notified the parties that the June 2011 trial date was scheduled in error and

8   that the Court was unavailable during that month due to criminal duty.  The Court notified the

9   parties that the Court was available for trial in August 2011.  Accordingly, the parties submit the

10  following revised case schedule and request its approval by the Court:

11        **Fact discovery cut-off date:**  February 22, 2011

12        **Initial expert disclosure:** March 11, 2011

13        **Dispositive motion filing date:** March 22, 2011

14        **Rebuttal expert disclosure:** April 11, 2011

15        **Hearing on dispositive motions:**  April 26, 2011

16        **Expert discovery cut off:** May 11, 2011

17        **Pretrial conference:** July 19, 2011

18        **Trial:** August 8, 2011

19

20  DATED: May 27, 2010                Respectfully Submitted,
                                     LAW OFFICE OF IRA LESHIN

21

22                                _____/s/_____
                                     Ira Leshin
                                     Attorney for Plaintiffs

23

24  DATED: May 27, 2010                JOSEPH RUSSONIELLO
                                     United States Attorney

25

26                                _____/s/_____
                                     Victoria R. Carradero

27                                   Assistant United States Attorney
                                     Attorneys for the United States of America

28

AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING CASE
SCHEDULING
Case No. 09-4543 EDL             1

1   **PURSUANT TO STIPULATION, THE ABOVE CASE SCHEDULE IS SO ORDERED.**

2   **THE COURT SHALL ISSUE A FORMAL SCHEDULING ORDER.**

3

4   DATED:   May 28, 2010

5   _____
    The Honorable Elizabeth D. Laporte
    United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28