1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   VICTORIA R. CARRADERO (CSBN 217885)
    Assistant United States Attorney
4
    450 Golden Gate Avenue, Box 36055
5   San Francisco, California 94102
    Telephone: (415) 436-7181
6   Facsimile:   (415) 436-6748
    Email: victoria.carradero@usdoj.gov
7
    Attorneys for Defendant
8

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  TSEGEREDA FRE AND MEHRETEAB      )   No. C 09-4543-EDL
    ARAYA,                           )
14                                   )   STIPULATION OF SETTLEMENT;
            Plaintiffs,              )   [PROPOSED] ORDER
15                                   )
            v.                       )
16                                   )
    UNITED STATES OF AMERICA,        )
17                                   )
            Defendant.               )
18  _____ )

19

20

21

22

23

24

25

26

27

28

It is hereby stipulated by and between each of the undersigned parties as follows:

1. The parties to this Stipulation of Settlement ("Stipulation") do hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action and this litigation under the terms and conditions set forth in this Stipulation.

2. This Stipulation is not, is not intended to be, and should not be construed as an admission of liability or fault on the part of the United States of America, the Department of Health and Human Services, La Clinica, or their agents, servants, or employees, and it is specifically denied that they are liable to plaintiffs. This settlement is entered into by all parties for the purpose of compromising disputed claims under the Federal Tort Claims Act and avoiding the expenses and risks of further litigation.

3. In consideration for the parties' agreement to accept the terms and conditions of this Stipulation, defendant United States agrees to pay to plaintiffs Tsegereda Fre and Mehreteab Araya the total sum of $ 312,500 ₀ ᵗʰⁱ_____ (hereinafter "Settlement Amount"), subject to the further terms and conditions set forth in this Stipulation:

A. After counsel for the United States receives (1) this Stipulation signed by all parties to said document; (2) the Social Security numbers or tax identification numbers of plaintiffs and their attorney; and (3) a written acknowledgment from each State, County, local government, private entity, and private individual, including but not limited the County of Alameda Medical Center and/or Highland Hospital, that it will not pursue the United States for payment of their past, present, and future claims or liens for reimbursement or payment any such State, County, local government, public entity, private entity, or private individual may have arising from any benefits, payments or services made or provided to or on behalf of Tsegereda Fre or Mehreteab Araya by any such State, County, local government, public entity, private entity, or private individual, counsel for the United States will send a formal request requesting that a check in the Settlement Amount be issued made jointly payable to Tsegereda Fre, Mehreteab Araya and the Law Offices of Ira Leshin. Should Defendant not receive the written acknowledgment from any lien claimant(s) set forth in item (3) herein within 15 business days after execution of this

1   agreement, Defendant's counsel will send a formal request requesting that a check in the

2   Settlement Amount be issued jointly to the County of Alameda Medical Center/Highland

3   Hospital and any other lien claimants who may assert liens during the 15 business day time

4   period referenced above, Tsegereda Fre, Mehreteab Araya and the Law Offices of Ira Leshin. It

5   is understood that counsel for the United States cannot guarantee by when payment of the

6   Settlement Amount will be received; however, Defendant's counsel will make her best efforts to

7   expeditiously process payment. Upon receipt of the settlement check, counsel for the United

8   States will promptly forward the settlement check to plaintiffs' counsel. The United States shall

9   have no obligation to forward the settlement check to plaintiffs' counsel unless plaintiffs'

10  counsel has provided counsel for the United States with a signed stipulation of dismissal, as

11  described in paragraph 6, below.

12      B. With respect to the payment of the Settlement Amount, the plaintiffs stipulate and

13  agree that any attorneys' fees owed in this Federal Tort Claims Act suit against the United States

14  shall not exceed 25% of the Settlement Amount. 28 U.S.C. § 2678. Plaintiffs further agree that

15  any such attorneys' fees, along with any costs and expenses of said action against the United

16  States shall be paid out of the Settlement Amount paid pursuant to this paragraph and not in

17  addition thereto. Plaintiffs agree that any fees for legal services incurred in this action shall be

18  considered attorneys' fees and not costs, shall be subject to the provisions of 28 U.S.C. § 2678,

19  and shall be paid out of the Settlement Amount and not in addition thereto.

20      C. Plaintiffs stipulate and agree that each is legally responsible for any and all past,

21  present, and future liens or claims for payment or reimbursement against that plaintiff, including

22  any past, present, and future liens or claims for payment or reimbursement by any public entity or

23  body, including any federal, State, County or local government, including Medi-Cal, Medicare

24  and Medicaid, any insurance company, and any private individual or entity, arising from the

25  injuries that are the subject matter of this action. Plaintiffs stipulate and agree that each will

26  satisfy or resolve any and all past, present, and future liens or claims for payment or

27  reimbursement against that plaintiff asserted by any public entity or body, including any federal,

28  State, County, or local government, including Medi-Cal, Medicare and Medicaid, any insurance

STIPULATION OF SETTLEMENT; PROPOSED ORDER
No. C 09-4543-EDL                    3

1    company, and any private individual or entity. Plaintiffs and their attorney specifically warrant

2    and represent that, as of the date they sign this Stipulation, they have made a diligent search and

3    effort to determine the identity of any individual or entity that has or may have a lien or claim for

4    payment or reimbursement against that plaintiff arising from the injuries that are the subject

5    matter of this action and that the only such individual or entity known to plaintiffs and their

6    attorney is the County of Alameda Medical Center/Highland Hospital. Plaintiffs and their

7    guardians, heirs, executors, administrators, and assigns do hereby further agree to reimburse,

8    indemnify, and hold harmless the United States of America, the Department of Health and

9    Human Services, La Clinica, and their agents, servants, and employees, from and against any and

10   all such liens or claims of Tsegereda Fre incident to, or resulting or arising from, the acts or

11   omissions that gave rise to the above-captioned action by that plaintiff.

12        D. This settlement is subject to the approval of the Court.

13        4. Plaintiffs and their guardians, heirs, executors, administrators, and assigns do hereby

14   accept the Settlement Amount set forth above in full settlement, satisfaction, and release of any

15   and all claims, demands, rights, and causes of action of whatsoever kind and nature, including

16   any claims for negligence, loss of consortium, medical malpractice, wrongful death, damages of

17   any kind, any claims for pre-judgment or post-judgment interest, and any claims for fees, costs,

18   and expenses, whether incurred in the district court, the court of appeals, or in any other court

19   proceedings, arising from, and by reason of, any and all known and unknown, foreseen and

20   unforeseen, bodily and personal injuries, death, or damage to property, and the consequences

21   thereof, which the plaintiffs and their heirs, executors, administrators, or assigns may have or

22   hereafter acquire against the United States of America, the Department of Health and Human

23   Services, La Clinica, or their agents, servants, and employees, on account of the same subject

24   matter that gave rise to the above-captioned action. Plaintiffs and their guardians, heirs,

25   executors, administrators, and assigns do hereby further agree to reimburse, indemnify, and hold

26   harmless the United States of America, the Department of Health and Human Services, La

27   Clinica, and their agents, servants, and employees, from and against any and all such claims,

28   causes of action, liens, rights, or subrogated or contribution interests (whether such claims,

STIPULATION OF SETTLEMENT; PROPOSED ORDER
No. C 09-4543-EDL                          4

causes of action, liens, rights, subrogated interests, or contribution interests sound in tort, contract, or statutory) of the plaintiffs incident to, or resulting or arising from, the acts or omissions that gave rise to the above-captioned action by the plaintiffs.

5. This compromise settlement is specifically subject to each of the following conditions:

A. The parties agree that this Stipulation sets forth all of the terms, conditions, and requirements of settlement of this action. The terms, conditions, and requirements of this Stipulation are not severable and the failure to agree, fulfill, or comply with any term, condition, or requirement renders the entire Stipulation and the compromise settlement null and void.

B. The United States District Court for the Northern District of California agrees to dismiss the district court action with prejudice, with each party bearing its own fees, costs, and expenses.

6. The parties agree that, upon approval by the Court of this Stipulation, counsel for all parties shall sign a stipulation of dismissal with prejudice and proposed order, attached hereto as **Exhibit A**. Counsel for the United States will retain the signed stipulation of dismissal until defendant has forwarded the check for the Settlement Amount to plaintiffs' counsel. The parties agree that, upon mailing of the settlement check to plaintiffs' counsel, counsel for United States is authorized to file with the Court the stipulation of dismissal. Subject to the terms and conditions set forth in Paragraph 3, above, plaintiffs' attorney agrees to distribute the Settlement Amount as provided herein after paying or resolving any lien or claim for reimbursement or payment for which plaintiffs have agreed to be solely and legally responsible under the terms of this Stipulation, and attorneys fees and expenses.

7. The parties agree that this Stipulation, including all the terms and conditions of this compromise settlement and any additional agreements relating thereto, may be made public in their entirety, and the plaintiffs expressly consent to such release and disclosure pursuant to 5 U.S.C. § 552a(b).

8. The provisions of California Civil Code Section 1542 are set forth below:

"A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

Plaintiffs, having been apprised of the statutory language of Civil Code Section 1542 by their attorney, and fully understanding the same, nevertheless elect to waive the benefits of any and all rights they may have pursuant to the provision of that statute and any similar provision of federal law. Plaintiffs understand that, if the facts concerning injuries or liability for damages pertaining thereto are found hereinafter to be other than or different from the facts now believed by them to be true, the Agreement shall be and remain effective notwithstanding such material difference.

9. This instrument shall constitute the entire agreement between the parties, and it is expressly understood and agreed that the agreement has been freely and voluntarily entered into by the parties hereto with the advice of counsel, who have explained the legal effect of this agreement. The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Agreement. This Agreement may not be altered, modified or otherwise changed in any respect except by writing, duly executed by all of the parties or their authorized representatives.

10. It is contemplated that this Stipulation may be executed in several counterparts, with multiple signature pages. All such counterparts and signature pages, together, shall be deemed to be one document.

11. The signatories to this Stipulation represent that they have actual authority to bind their respective parties.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED: July 1, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

VICTORIA R. CARRADERO
Assistant United States Attorney

STIPULATION OF SETTLEMENT; PROPOSED ORDER
No. C 09-4543-EDL          6

PLAINTIFF

DATED: July 1, 2010

TSEGEREDA FRE

PLAINTIFF

DATED: July 1, 2010

MEHRETEAB ARAYA

DATED: July 1, 2010

LAW OFFICES OF IRA LESHIN

IRA LESHIN, Attorneys for
Plaintiffs Tsegereda Fre and Mehreteab Araya

## [PROPOSED] ORDER

Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: _____July 13, 2010_____

The Honorable Elizabeth D. Laporte
United States Magistrate Judge

STIPULATION OF SETTLEMENT; PROPOSED ORDER
No. C 09-4543-EDL                7

Exhibit A

1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   VICTORIA R. CARRADERO (CSBN 217885)
    Assistant United States Attorney
4
5    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7181
6    Facsimile:  (415) 436-6748
    Email: victoria.carradero@usdoj.gov
7
    Attorneys for Defendant
8

9

10                UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13   TSEGEREDA FRE AND MEHRETEAB   )  No. C 09-4543-EDL
    ARAYA,                      )
14                           )  **STIPULATION OF DISMISSAL AND**
         Plaintiffs,            )  **[PROPOSED] ORDER**
15                           )
        v.                   )
16                           )
    UNITED STATES OF AMERICA,      )
17                           )
        Defendant.          )
18   _____

19

20

21

22

23

24

25

26

27

28

1    Plaintiffs TSEGEREDA FRE AND MEHRETEAB ARAYA ("Plaintiffs") and Defendant

2  UNITED STATES OF AMERICA ("Federal Defendant"), by and through their undersigned

3  counsel, hereby stipulate to the dismissal with prejudice of all claims in this lawsuit *Tsegereda*

4  *Fre and Mehreteab Araya v. United States of America*, U.S. District Court Northern District of

5  California Case No. C 09-4543 EDL.  Each side will bear its own attorneys' fees, expenses, and

6  costs.

7         **IT IS SO STIPULATED**.

8

9                                        Respectfully submitted,

10  DATED: July ___, 2010              JOSEPH P. RUSSONIELLO
                                        United States Attorney
11

12                                      _____

13                                      VICTORIA R. CARRADERO
                                        Assistant United States Attorney
14

15  DATED: July ___, 2010              LAW OFFICES OF IRA LESHIN

16

17                                      _____

18                                      IRA LESHIN, Attorneys for
                                        Plaintiffs Tsegereda Fre and Mehreteab Araya
19

20

21  **PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT, IT IS APPROVED
    AND SO ORDERED:**

22

23  DATED: _____     _____

24                                      The Honorable Elizabeth D. Laporte
                                        United States Magistrate Judge
25

26

27

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
C 09-4543-EDL                                1