JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7181
Facsimile: (415) 436-6748
Email: victoria.carradero@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TSEGEREDA FRE AND MEHRETEAB ARAYA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. C 09-4543-EDL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

1     Plaintiffs TSEGEREDA FRE AND MEHRETEAB ARAYA ("Plaintiffs") and Defendant UNITED STATES OF AMERICA ("Federal Defendant"), by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims in this lawsuit *Tsegereda Fre and Mehreteab Araya v. United States of America*, U.S. District Court Northern District of California Case No. C 09-4543 EDL. Each side will bear its own attorneys' fees, expenses, and costs.

    **IT IS SO STIPULATED.**

Respectfully submitted,

DATED: July ___, 2010     JOSEPH P. RUSSONIELLO
United States Attorney

_____
VICTORIA R. CARRADERO
Assistant United States Attorney

DATED: July _1_, 2010     LAW OFFICES OF IRA LESHIN

_____
IRA LESHIN, Attorneys for
Plaintiffs Tsegereda Fre and Mehreteab Araya

**PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT, IT IS APPROVED AND SO ORDERED:**

DATED: September 15, 2010     _____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
C 09-4543-EDL     1